# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,        :

    PLAINTIFF,        :        CASE NUMBER 07- 252-M

    v.        :

_Kevin Mason_,        :

    DEFENDANT.        :

FILED
DEC 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER OF TEMPORARY DETENTION PENDING HEARING

## PURSUANT TO BAIL REFORM ACT

Upon motion of the Government, it is ORDERED that a preliminary hearing and a detention hearing will be held in a courtroom at the Boggs Federal Building, 844 King Street, Wilmington, Delaware on a date and time set by the United States Magistrate Judge. Pending this hearing, the defendant shall be held in custody and produced for any other court proceedings on Wednesday, December 26, 2007 at the Boggs Federal Building, 844 King Street, Wilmington, Delaware by a federal special agent and/or any assisting law enforcement officer.

22 DEC 2007
Date

_____
Judicial Officer