IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-252-M |
| | ) | |
| KEVIN MASON, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER TO UNSEAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Shawn A. Weede, Assistant United States Attorney for the District of Delaware, hereby moves that the Complaint and file in the above-captioned case be unsealed.



FILED
DEC 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: December 26, 2007

AND NOW, this 26th day of December, 2007, upon the foregoing Motion, it is

**ORDERED** that the Complaint and file in the above-captioned case are hereby unsealed.

_____
Honorable Leonard P. Stark
United States Magistrate Judge