# United States District Court

**DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA

V.

KEVIN MASON,
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 07-252-M

Upon motion of the **Government**, it is ORDERED that a **Preliminary Hearing and Detention Hearing** is set for __12/28/07__ * at __TBD__
                                                        Date                Time

before __HONORABLE LEONARD P. STARK, UNITED STATES MAGISTRATE JUDGE__
              Name of Judicial Officer

__COURTROOM #2A, 2ND FLOOR, BOGGS FEDERAL BLDG., 844 KING ST., WILMINGTON, DE__
              Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                                                Other Custodial Official

and produced for the hearing.

__December 26, 2007__                          __[signature]__
Date                                           Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

FILED
DEC 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE