# DRANOFF AND PATRIZIO, P.C.

ATTORNEYS AT LAW
2 Penn Center • Suite 1205
1500 JFK Boulevard
Philadelphia, PA 19102

ARNOLD DRANOFF
STEPHEN P. PATRIZIO
JAMES GASPERO, JR.

TELEPHONE
(215) 569-2121
FAX NUMBER
(215) 569-2042

January 7, 2008

Clerk
United States District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

    RE:    United States of America v. Kevin Mason
            No. 07-MJ-252-UNA

Dear Sir/Madame:

Enclosed please find the original and three copies of my Entry of Appearance relative to the above entitled action.

Kindly file same, returning a time-stamped copy in the enclosed postage-paid envelope.

Thank you for your attention to this matter.

                              Very truly yours,

                              STEPHEN P. PATRIZIO

SPP/rjh
enclosures
cc: Shawn Weede, Assistant United States Attorney
    Thomas Dreyer, Esquire



FILED
JAN - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FILED
2008 JAN -8 PM 2:34
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE