IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO.: 07-MJ-252-UNA |
| v. | : |
| KEVIN MASON | : |

### ENTRY OF APPEARANCE

To the Clerk of the United States District Court:

    Kindly enter my appearance on behalf of Defendant, Kevin Mason, in the above entitled action.

                       DRANOFF & PATRIZIO, P.C.

BY: _____
      STEPHEN P. PATRIZIO, ESQUIRE
      Attorney for Defendant,
      Kevin Mason
      2 Penn Center, Suite 1205
      1500 JFK Boulevard
      Philadelphia, PA 19102
      (215) 569-2121



FILED
JAN - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE